## LOCKRIDGE v. MARINER, *Appellant.*

DIVISION ONE.

The Case of *Lockridge v. Mace, ante,* p. 162, followed and affirmed.

*Appeal from Jackson Circuit Court.*—Hon. JOHN W. HENRY, Judge.

AFFIRMED.

*R. O. Boggess* for appellant.

*Henry N. Ess* for respondent.

SHERWOOD, P. J.—This cause is, in all respects, similar in its controlling principles to that of *Lockwood v. Mace, ante,* p. 162, and for like reasons judgment is affirmed.   All concur.